RECORD OF GRAND JURY BALLOT

C/R  6:24-721

UNITED STATES OF AMERICA v. JOSEPH GALLAGHER

(SEALED UNTIL FURTHER ORDER OF THE COURT)